MIDWAY TECHNICAL INSTITUTE, INC. *et al.*, Plaintiffs-Appellants, *v.* ELIJAH MUHAMMAD *et al.*, Defendants-Appellees.

(No. 56004;

First District—November 15, 1972.

Rufus Cook, of Chicago, for appellants.

No appearance for appellees.

Mr. JUSTICE ADESKO delivered the opinion of the court:

Plaintiffs, Midway Technical Institute, Inc., and Hazel W. Gray, brought an action against Elijah Muhammad, John Ali, John Hassan, Raymond Sharieff, The Nation of Islam, The University of Islam, Progressive Land Developers, Inc., (hereinafter Progressive) and Muhammad Speaks, for breach of purchase contract. Defendants failed to appear and a default judgment was entered against them for $125,909. On September 21, 1970, defendants filed special and limited appearances for the purpose of contesting the service of summons. After a hearing, the court quashed the service of summons and execution, and vacated the default judgment. The only question raised on appeal is whether valid service of summons was obtained on defendants Progressive and Muhammad Speaks.

The record clearly reflects that Progressive was not served. Raymond Sharieff, president and registered agent of Progressive, testified that he had not been served and that the corporation's registered office is located at 6839 South Cregier. Deputy Sheriff Piecuch testified that he had not served Sharieff and that he allegedly served Progressive at 2548 South Federal, although he did not know whom he had served. Abass Rassoull, who worked at 2548 South Federal, testified that he had no dealings with Progressive. The court found that Deputy Sheriff Piecuch's purported return to show service upon John Hassan was falsified. After the alleged service upon Hassan, someone added in a different color ink, the language "Agent for Progressive Land Developers."

The record also indicates that Muhammad Speaks was not served. Deputy Sheriff Piecuch testified that he did not know whom he served at 2548 South Federal. Abass Rassoull, was served by Piecuch, but Rassoull testified that he performed no duties for Muhammad Speaks. Although Piecuch's returns showed that he served John Hassan and John Ali, and Piecuch later testified he did not know who Hassan and Ali were, further testimony showed that Hassan and Ali were not served and the court found that these returns were falsified. Plaintiffs failed to serve any officer or agent of Muhammad Speaks.

For the reasons given, the judgment of the Circuit Court of Cook County is affirmed.

Judgment affirmed.

DIERINGER, P. J., and BURMAN, J., concur.